**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Kristen L. Tranetzki**, OSB No. 115730
tranetzkik@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TODD A. MUNN,<br><br>    Plaintiff,<br><br>v.<br><br>**Bank of America, Recontrust,**<br><br>    Defendants. | Case No. 3:12-cv-01576-PA<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>Pursuant to Fed. R. Civ. P. 41(a) |

PAGE 1 -    STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties, through their undersigned counsel, stipulate to the dismissal of this action without prejudice and without costs or fees to any party.

IT IS SO STIPULATED:

DATED: ~~April~~ May 29th, 2013

HARRIS BERNE CHRISTENSEN LLP

By_____
Thomas H. Cutler, OSB No. 932452
Telephone: (503) 968-1475
Attorneys for Plaintiff

LANE POWELL PC

By_____
Pilar C. French, OSB No. 962880
Kristen L. Tranetzki, OSB No. 115730
Telephone: 503.778.2100
Attorneys for Defendants

---

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that the above-entitled action is hereby dismissed without prejudice and without costs to any party.

DATED this 31 day of ~~April~~ May 2013.

_____
The Honorable Owen M. Panner

PAGE 2 - STIPULATED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE